

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00218-CR

Javier Caesar **GUTIERREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 8, Travis County, Texas[1]
Trial Court No. C-1-CR-14-219821
Honorable Carlos Humberto Barrera, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED February 1, 2017.

_____
Rebeca C. Martinez, Justice

---

[1] The Texas Supreme Court transferred this appeal to this court for docket equalization purposes. *See* TEX. GOV'T CODE § 73.001.